IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ACOSTA,

    Plaintiff,

v.                                                                                 2:22-cv-00840-JMR

MARTIN O'MALLEY,[1] Commissioner
of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the memorandum opinion and order entered concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, affirms the decision of the Commissioner, and dismisses this case with prejudice.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge
Presiding by Consent

---

[1] Martin O'Malley became the Commissioner of the Social Security Administration on December 18, 2023, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).